## Commonwealth *v.* Rohland, Appellant.

Submitted September 13, 1971. *Gerald Rohland,* appellant, in propria persona; *Mary G. Cooper,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sacarakis, Appellant.

Submitted September 13, 1971. *Herbert G. Litvin,* for appellant; *John E. Gallagher,* First Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.